PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Western **DISTRICT OF TEXAS**
Waco **DIVISION**

**FILED**
October 12, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
DEPUTY

Saul A. Romero #1651307
Plaintiff's Name and ID Number
Rt. 2, Box 4400
3201 Fm 929, Gatesville, Tx 76597
Place of Confinement

CASE NO. **6:21-cv-01070**
(Clerk will assign the number)

v. U.T.M.B.
P.A. Milton Togo. Rt. 2, Box 4400
3201 Fm 929, Gatesville, Tx 76597
Defendant's Name and Address
Medical Director. Teri Smith. Rt. 2, Box 4400
3201 Fm 929, Gatesville, Tx 76597
Defendant's Name and Address
Provider. Douglas Greene. Rt. 2, Box 4400
3201 Fm 929, Gatesville, Tx 76597
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _✓_NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: N/A
2. Parties to previous lawsuit:
   Plaintiff(s) N/A
   Defendant(s) N/A
3. Court: (If federal, name the district; if state, name the county.) N/A
4. Cause number: N/A
5. Name of judge to whom case was assigned: N/A
6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
7. Approximate date of disposition: N/A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: A. D. Hughes unit. TDCJ.

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Saul A. Romero
A.D. Hughes unit. Rt. 2, Box 4400
3201 Fm 929, Gatesville, TX 76597

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Milton Togo. Physician assistant (U.T.M.B)
A.D. Hughes unit. Rt. 2, Box 4400, 3201 Fm 929, Gatesville, Tx 76597

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Delayed and Inadequate Treatment, Now I have Kidney Disease.

Defendant #2: Teri Smith. medical Director (U.T.M.B)
A.D. Hughes unit. Rt. 2, Box 4400, 3201 Fm 929, Gatesville, TX 76597

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Had Full Knowledge of The Inadequate Treatment and The Delay To my Treatment I was Receiving From P.A. milton Togo and Provider Douglas Greene.

Defendant #3: Douglas Greene. unit Provider MD (U.T.M.B)
A.D. Hughes unit. Rt. 2, Box 4400, 3201 Fm 929, Gatesville, TX 76597

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Inadequate Treatment, Knowing That he was being Deliberate indifference to my Health which caused pain and suffering.

Defendant #4: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______

Defendant #5: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I Plaintiff Saul Antonio.Romero. Bring Suit To Physician assistant milton togo. medical Director Teri Smith. and unit Provider Douglas Greene of U.T.M.B That are employed at The Alfred Hughes unit. on the date and year of 12-4-19, and 12-5-19. I wrote several sick calls to medical about Abnormal pain in my upper left side Rib cage, as well my lower Abdomen and back area. I have been Receiving Inadequate treatment and Delaying of my medical Appointments. I been seeking for medical Treatment For 22 months. and now I have Kidney Disease due To Their Inadequate Treatment.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want a Full Physical exam, and For each Defendant To Pay a sum of $ 25,000. For Their Roll on Delay, and Inadequate treatment.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

N/A

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __✓__NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____YES __✓__NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES _✓_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: 10/4/21
DATE

Saúl A. Romero.
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 4Th (Day) day of october (month), 20 21 (year).

Saúl A. Romero.
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Statement of Claim: Defendant #Two

I Plaintiff Saul A. Romero Bring suit To Teri Smith (U.T.M.B) medical Director who is Employed on Alfred Hughes unit. Due to The Fact That she did have Full Knowledge of what was going on with my medical situation when she Respond back to my I-127 Step one Grievance Informal Resolution complaint about how my appointments was being Delayed and I was Receiving Inadequate Treatment From her (U.T.M.B) staff's, well as how They was being Deliberate Indifference to my medical complaint, made her Just as guilty of what The other Defendants Thats listed in The 1983 Form. she knew what They was doing. she had The authority To stop The Delay and speed up The process. cause my complaint of medical help went way back To. 12-4-2019. 12-5-2019. and on 9-9-21... 22 months later, I Finally Received a ultrasound on my kidneys. and The Results of The ultrasound Indicated That I do have kidney Disease in both of my kidneys. That is what was bothering me back in my First sick call complaint. 12-4-19. 12-5-19.

Now I am very sick with great pain due To Their Delay and Inadequate Treatment. She Knew That my 8 Th Amendment Rights was being violated by her medical staffs, But allowed it To carry on and let The pain That I am suffering linger on and cause me great pain.

COPY 1 of 3 "EMERGENCY GRIEVANCE A.D. 03.82 CHRONIC CARE PATIENT,"

**Texas Department of Criminal Justice**

12F-16B

# STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2021024405 |
| Date Received: | OCT 2 7 2020 |
| Date Due: | 12/06/20 |
| Grievance Code: | 003 |
| Investigator ID #: | [illegible] |
| Extension Date: | |
| Date Retd to Offender: | DEC 1 0 2020 |

Offender Name: SAUL ANTONIO ROMERO TDCJ # 1651307

Unit: Hughes Housing Assignment: 12-F-54

Unit where incident occurred: AdSeg, 12F-54

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? provider MELTON TOGO When? 10-26-20

What was their response? Told to file A grievance I'm not Sending you to Hospital

What action was taken? Denied EMERGENCY CARE By A Licensed DR. AT Hospital

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

UNDER A.D.03.82 EMERGENCY GRIEVANCE § V A.3(E) This COMPLAINT IS EXEMPT FROM SCREENING CRITERIA, Sub. Sec. VIII F.2. I have Repeatly Requested from MILTON TOGO provider I need to see AN EMERGENCY ROOM Hospital DR, Due to Blood in my Stool, Extreem pain in my chest + Side + STOMACH AREAS + KIDNEY problem As well yet Each time I see him He Refuses to Send me to GATESVILLE Hospital, This TACTIC is Simply To prevent Knowlege of Serious medical problems A Bonafide medical DR. would discover By EX RAYS, SONAgram OR MRI, my health is At Stake And Money And Discovery of Serious INTERNAL problems ARE Togo's Excuse to Deny me Emergency help. This Violates medical malpractice LAWS And shows Deliberate Indifference to my Life, I Dont have to have open Woods At Service to Treat + Failure to Treat Simply Due to Cost in Exchange For Life Violates medical Creed of provider TOGO See 5TH CIR NEALS V. NORWOOD, 59 F.3d 530, 532 (5th cir) I have one YRS WORTH of Step 1 + 2 + SICK CALLS By medical Staff to meet FARMER V. BRENNAN, 511 U.S. 825, 833 (1994) 3 prong CRITERIA. Medical Staff ARE, K. DeLuca LVN 2/10/20; THEODORE NASIOTIS, PA, 9/1/20; J COlleth RN, 7-30-20; TERI Smith RNCMM, MAY 7, 2020; And SEPT. 17, 2020; B. Burchell, 12-22-19; Dec. 5Th 2019; MILTON Togo, 4-22-20, 12-24-2019, MAY 7 2020, 7-27-20, 8-3-20, 8-3-20, 8-1-20, 9-16-20. I'M AN HIV PATIENT With Kidney, STOMACH, Chest + Head Ache problems yet I'M Simply ignored By Hughes unit, I've Contacted EVERyone medical Wise And told I have NOT Tried to informally Resolve problem, Hughes is ACTing With DeLiBERATE

Difference to my health & life I'm now in serious fear for my life due to lazyness & incompetence to my welfare by Melton Zogo and other Hughes medical staff. Medical creeds and nurse board rules are grossly violated by Hughes staff. The Nursing Practice, Texas Occupation Code Sec. 301, 401, 419, Board Rules § 217.11 Standard of Nursing Practice § 217.12 (unprofessional conduct) + § 217.16 (minor incidents) may also be relevant. (BON) Complaints + Disciplinary Actions Sec. 301.410(b) requires a nurse for DR, PA. To report to Board any misconduct. I need sonogram, X-rays +/or MRI ASAP. I'm not bleeding inside + bloody stools for no reason, something serious is wrong!

Action Requested to resolve your Complaint. Stop ignoring my chronic care emergency needs. Something is seriously wrong inside my body + requires sonargram, ~~ex~~ x-rays + MRI to prevent death by TDCJ staff.

Offender Signature: Antonio Saul Romero #165307 Date: 10-26-20

Grievance Response:

Un-Substantiated: Since 6/4/20 you have seen several HG Specialist- Hematology Internal Medicine Gastroenterology, Ophthalmology, Endocrinology. Cardiology, Neurology and HIV/Infectious Disease Clinic. You have more appointments pending. You saw the provider 11/9/20. You reported you stopped taking your HIV meds and your pain went away.

Signature Authority: Teri Smith T. SMITH RN CNM Date: DEC 04 2020

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**2nd Submission** UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**3rd Submission** UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

JAN 2 9 2021

12F-8B

Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2021024905 |
| UGI Recd Date: | DEC 17 2020 |
| HQ Recd Date: | DEC 23 2020 |
| Date Due: | 1/26 |
| Grievance Code: | 003 |
| Investigator ID#: | I0352 |
| Extension Date: | |

Offender Name: SAUL ANTONIO.ROMERO TDCJ # 1651307

Unit: HUGHES Housing Assignment: 12BLDING-F-16

Unit where incident occurred: HUGHES

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I OFFENDER SAUL A.ROMERO IS FILING THIS STEP#2 COMPLAINT ON MEDICAL STAFF ON DELAYING ME ACCESS TO ADEQUATE MEDICAL CARE.MY 8th AMENDMENT BY WHICH THE GOVERMENT HAS A DUTY TO PROVIDE MEDICAL CARE FOR THOSE WHO IT IS PUNISHING BY INCARCERATION.I OFFENDER SAUL A.ROMERO GAVE MEDICAL STAFF DR.MILTON TOGO REASONABLY ADEQUATE KNOWLEDGE OF THE SERIOUS ILLNESS OF THE DIRECT PAIN THAT I HAVE BEEN SUFFERING ON THE INSIDE MY STOMACH SUCH AS THE PAIN BY THE UPPER RIGHT SIDE OF MY RIB CAGE,CHEST PAIN, AND A SLIGHT HEADACHE ON THE LEFT SIDE OF MY HEAD.AS I OFFENDER SAUL A.ROMERO HAS GIVEN DR.TOGO ADEQUATE INFORMATION ON MY HEALTH.I OFFENDER SAUL A.ROMERO MUST RELY ON PRISON AUTHORITIES TO TREAT MY MEDICAL NEEDS.IF AUTHORITIES FAIL TO DO SO,THOSE NEEDS WILL NOT BE MET.IN THE WORST CASES,SUCH AS A FAILURE MAY PRODUCE PHSICAL"TORTURE OR A LINGERING DEATH".THE CONSTITUTION GIVES PEOPLE WHO ARE INCARCERATED THE RIGHT TO ADEQUATE MEDICAL CARE TREATMENT ONLY FOR MEDICAL NEEDS THAT ARE"SERIOUS".MANY MEDICAL CONDITIONS ENDANGERS A PERSON LIFE AND ARE CLEARLY SERIOUS,SUCH AS DIABETES, HIV/AIDS,TUBERCULOSIS,CANCER,BROKEN BONES,OPEN WOUNDS.A MEDICAL CONDITION DOES NOT HAVE TO BE LIFE THREATENING TO BE CONSIDER SERIOUS.TO DELAY OFFENDER SAUL A.ROMERO AN ADEQUATE TREATMENT TO SUCH A COMPLETE FULL PHYSICAL TREATMENT LEAVE ME AT THE STAGE OF"DELIBERATE INDIFFERENCE TO MY HEALTH DUE TO THE FACT THAT I AM AN HIV PATIENT WHICH MEDICAL HAS FULL KNOWLEDGE OF MY HEALTH CHART. THIS DELAY TO MY HEALTH CAN CAUSE ME AN INJURY OR IS LIKELY TO INJURE ME IN THE FUTURE.THIS IS A VIOLATION OF MY CONSTITION RIGHT OF MY 8th AMENDMENT OF CRUEL AND UNUSAUL PUNISHMENT.CASE LOG.(ESTEELE V.GAMBLE 429 US.97 S.CT 285.

I OFFENDER SAUL A.ROMERO ASK THAT MEDICAL COMPLY TO FULL PHYSICAL HEALTH EVALUATION AS SOON AS POSSIBLE TO SEE WHY THIS SERIOUS ILLNESS THAT HE HAVE BEEN HURTING SINCE 12-04-19 AND ACT ON THIS HEALTH PROBLE WHICH HIS 8th AMENDEMENT ALLOW METO TO HAVE AND EXERCISE IT WITHOUT DENIAL OR DELAY. EVEN THOUGH DOCTORES APOINT IS PENDING THE DELAY AND PUSH BACK DATES CAUSING ME DEEP PAIN.

**Offender Signature:** antonio Saul Romero **Date:** 12/15/20

**Grievance Response:**

A review of the medical grievance and documentation has been completed regarding your medical complaint to transfer to the local emergency room for treatment.

According to the medical documentation you have been afforded multiple evaluations by specialist at Hospital Galveston. You were afforded complete evaluations by the specialist in Hematology, Internal Medicine, Gastroenterology, Ophthalmology, Endocrinology, Cardiology, Neurology, and HIV/Infectious diseases. You were evaluated by the medical provider on 11/09/2020 and reported you had stopped your HIV medications and your pain had ceased.

The review of the documentation indicates you did not attempt informal resolution of your medical concerns with the medical supervisory staff. Your facility has an informal complaints process in place. If you have future medical, dental, or psychiatric-related complaints, you must first attempt resolution through this process. Your access to medical treatment has not been denied or delayed. No further action is warranted at this time through the medical grievance process.

**Signature Authority:** STEP II MEDICAL GRIEVANCE PROGRAM OFFICE OF PROFESSIONAL STANDARDS TDCJ HEALTH SERVICES DIVISION **Date:** 12-29-20

**Returned because:** *Resubmit this form when corrections are made.

☒ **1. Grievable time period has expired.**

☒ **2. Illegible/Incomprehensible.***

☒ **3. Originals not submitted. ***

☒ **4. Inappropriate/Excessive attachments.***

☒ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☒ **6. Inappropriate.***

**CGO Staff Signature:** ______________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ____

Date UGI Recd: ____

Date CGO Recd: ____

(check one) ___Screened ___Improperly Submitted

Comments: ____

Date Returned to Offender: ____

**2nd Submission** **CGO Initials:** ____

Date UGI Recd: ____

Date CGO Recd: ____

(check one) ___Screened ___Improperly Submitted

Comments: ____

Date Returned to Offender: ____

**3rd Submission** **CGO Initials:** ____

Date UGI Recd: ____

Date CGO Recd: ____

(check one) ___Screened ___Improperly Submitted

Comments: ____

Date Returned to Offender: ____

| | | |
|---|---|---|
| SAUL A.ROMERO | § | IN THE UNITED STATES |
| VS. | § | DISTRICT COURT FOR |
| UNIVERSITY TEXAS MEDICAL | § | THE WESTERN DISTRICT |
| BRANCH (U.T.M.B) | § | OF WACO DIVISION |
| | § | |
| | § | |

**MOTION FOR CONTINGENT FEE**

**FOR ATTORNEY IN LAWSUIT**

TO THE HONORABLE JUDGE OF SAID COURTS:

NOW COMES PLANTIFF SAUL A.ROMERO WITH A DECLARATION ON ASKING THE SAID COURTS CAN APPOINT/FURNISH PLANTIFF WITH A CONTINGENT FEE ATTORNEY AGAINST THE DEFENDANTS U.T.M.B MEDICAL STAFFS.

I SAID PLANTIFF SAUL A.ROMERO ADDRESS THE COURT THAT I HAVE NO FUNDS TO RETAIN A LAWYER TO ASSIST ME IN THIS LAWSUIT.I THE PLANTIFF PRAY THAT THE COURTS GRANT THIS MOTION OF CONTINGENT FEE FOR ATTORNEY.

Saul A. Romero.
PLAINTIFF

SAUL A.ROMERO #1651307
ALFRED HUGHES UNIT
RT.2 BOX 4400
GATESVILLE,TEXAS 76597

(12-4-19)

I-60 To: Infirmary * Chronic care patient *

I have been Feeling a deep pain inside my Left Side Rib cage, whenever it Start hurting I Start having pain on my Forehead left side. I Need medical attention, Thank you

DEC 05 2019

name: Saul Antonio, Romero #1651307
House: 3-B-59 B.
Date: 12-4-19
unit: Hughes.

DEC 0 5 2019

SICK CALL

Provider

B Burchell RN

I-60 #3 11

To: medical

I-60

Infirmary

Seen by nursing 12.24.19

12-22-2019

To: medical

M. Taylor 12.24.19

I been having a pain under my Rib cage and, I been having a Neck pain. and my Throat, also Hurt Real bad. I Need medical Attention please.

DEC 24 2019

name: Saul Antonio, Romero #1651307
House: 3-B-28 TOP
date: 12-22-19
Unit: Hughes

MT
DEC 24 2019

[illegible]

**SUBJECT:** *State briefly the problem on which you desire assistance.* 4-6-20

I need to see the provider. I vomit everything Food water meds. everytime I Take something I vomit. I need HELP Please

Name: Saul Romero No: 1651307 Unit: St

Living Quarters: 12-F-~~78~~ 851 Work Assignment: —

**DISPOSITION:** (Inmate will not write in this space)

APR 07 2020

4/7/20 PSC [signature]

APR 07 2020

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE – INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

EASON FOR REQUEST: (Please check one)

**LEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE ROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

): medical sick call DATE: 4-6-20

*(Name and title of official)*

DDRESS: ______

I-GO TO: Infirmary. Follow up.

4-20-20

*chronic care Patient*

I still have the pain under my left side Rib cage it is extremelly painful day by day. Iboprofen is not Helping. I Need to know what is wrong with my stomach. please!

Thank you For your Time

"Your sick call request (SCR) has been screened by Medical and has been determined not to be emergent or urgent. Due to pandemic COVID-19, to limit unit movement and enhance your safety, all non-emergent/non urgent requests will be deferred. All medication renewals will continued to be reviewed. In the meantime, you may resubmit a SCR if your symptoms worsen."

Saul Romero #1651307
12-F-54

4-22-2020

APR 22 2020

APR 22 2020
UB

date: 4-20-20

I Go To: Medical Sick call

I have a Terrible pain on my lower back. and a Head-aches also my Neck hurt Real bad.
I Need medical attention please.

Your sick call request (SCR) has been screened by Medical and has been determined not to be emergent or urgent. Due to pandemic COVID-19, to limit unit movement and enhance your safety, all non-emergent/non-urgent request will be deferred. All medication renewals will continue to be reviewed. In the meantime, you may resubmit SCR if your condition worsens

JUL 2 7 2020

Milton Tojo
7/27/20

JUL 2 7 2020

name: Saul Romero #1651307
House: 12-F-54
Date: 7-26-20
Unit: Hughes

Sick call.

I-60 To medical.

can you please Tell me if Iam suppose To go Galveston Hospital For Gastro enterology (GI)? I have been waiting For solong For This appointment I Need To know what is wrong with my stomach please!

JUL 30 2020

JUL 30 2020

JUL 30 2020

Name: Saul Antonio, Romero #1651307
House: 12-F-54
Date: 7-29-20
Unit: Hughes.

No GI appointments pending.
J. Colleth RN
7/30/20

June, 4, Rad calls.
June. 11, GI. TV

I-60
TO: Medical Appointment
Info:

I-60 To: medical Supervisor (practice manager)

Seeking For an Informal Resolution. AUG 0 3 2020

I am writing To You Because I have been complaining about an deep pain under my left side RiB cage everytime I Take my HIV meds. since December 2019. For 7 months I have been Handled This pain, and I have been Thinking That I had a appointment pending To go Hospital Galveston. To be checked out and see what is wrong with my stomach. mr. Togo Told me back in February That he will Refered me To see The (GI) Gastroenterology and all This Time he been Telling me, That I do have one appointment but on 7-30-20, my I-60 said No GI appointments pending. I Need your Help please.

name: Saul Antonio. Romero #1651307 AUG 0 3 2020
House: 12-F-54
Date: 8-2-20 unit: Hughes.

I-60

To: medical practice manager.

I-60 Sick call. * Emergency *

I Feel Real sick. I Need To be Send To The Hospital. I have Terrible pain in my stomach and Headaches and Shortness OF Breath I can't breathe Normal I Need medical attention please, last Night I Thought I was going To die.

OCT 22 2020

OCT 22 2020

called out & seen 10/22/20
[illegible]
consulted RN

← They call me out To Take my blood pressure only. I didn't see any provider or Doctor.

Saul Romero # 1651307
12 - ~~F-54~~ E-22

12 E-22

Date: 10-22-20

Sick call

Infirmary.

I- O: Infirmary. Medical Request.

I have pain under my left side Shoulder, Between my Shoulder and my Spine. I Need medical attention please.

NOV 2 4 2020

NOV 2 4 2020

name: Saul Romero #1651307
House: 12-F-16
Date: 11-22-20
unit: Hughes.

Schedule
m/ hr Tye
11/24/20

I-60.
Medical Request.

12-1-16

I-60 To: Emergency Sick call

I still have pain in my shoulder, left side hip and left side leg. my left side Body is not Funtion The Right way and I am in Pain The whole day.

I Need medical Attention and X Rays. please.

Thank You.

DEC 04 2020

name: Saul Romero #1651307
House: 12-F-16
Date: 12-3-20
unit: Hughes.

schedule ... 12/4/20

DEC 04 2020

Sick call Follow up.

I-60 to Infirmary (medical Request)

I am having a terrible Headache on my left side ~~Fo~~rehead. This pain is causing by a pain That I have under my left side Shoulder.

Saul Romero #1651307
12-F-8
Date: 5-2-21.

Schedule labs MD for 5/4/21

MAY 04 2021

Journaling MAY 04 2021 MH Dept.

(Sick call)

Journaling MH Dept.

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Miss. Teri Smith I bring this grievance medical complaint to your desk due to the fact you is the director who have the power authority to speed or delay ones appointment. As I ask you to reflect back to the date of 12-5-19 I filled out ~~numerous~~ neumerous sick calls addressing/complaining about abnormal pain/hurt in my upper left ~~rise~~ side cage and lower abdominal area. To forward this to the date of 4-2-21 I was informed by galvestion well as the unit "Nasiotis" that I have (2) or more hernia's in my lower area. I am receiving treatment but to the degree of none. I'm hurting bad and the pain is hard to bear. My 8th amendment protect me from cruel/pain/suffering. The government provides adequate treatment to all offender. Please speed up ~~my~~ process.

Name: Saul A. Romero No: ~~[illegible]~~ 1651307 Unit: AH

Living Quarters: 12-F-9 Work Assignment: N/A

**DISPOSITION:** (Inmate will not write in this space)

Schedule
milton Togo
5/26/21

MAY 2 6 2021
JR

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*
2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*
3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*
4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*
5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*
6. ☐ *Parole requirements and related information (Unit Parole Counselor)*
7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*
8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

(UTMB) Medical Director

TO: Teri Smith ← only DATE: 5-25-21

(Name and title of official)

ADDRESS: 10 Building

I-60 To: medical (Sick call)

I Need to see The provider because I have a Knot on my back Spine by my left side Shoulder and it is hurting me Real bad. I need medical attention please.

JUL 0 6 2021

Your sick call request (SCR) has been screened by Medical and has been determined not to be emergent or urgent. Due to pandemic COVID-19, to limit unit movement and enhance your safety, all non-emergent/non-urgent request will be deferred. All medication renewals will continue to be reviewed. In the meantime, you may resubmit SCR if your condition worsens

CONSULTED RN

M. HOPPER, RN

name: SaúL Romero #1651307

S. JACOBS, LVN 7/5

House: 12-F-8

Date: 7/2/21

JUL 0 6 2021

unit: Hughes.

I-60 medical

Sick call

Sick call. ~~To Infirmary~~

I been having a bad Headache and left side shoulder pain For 3 days. The pain don't want to go away even with The pain medication That The Neurology doctor prescribe To me. That medicine is not working.

on 10/27/20. The Neurology doctor Told me That he will order a MRI For my Head in (4) months. Now it is (10) months ago, and I still having This pain in my left side Forehead. please I Need medical atention, I still waiting For such appointment.

AUG 1 6 2021

name: Saul Romero #1651307
House: 12-F-8
Date: 8/14/21
unit: Hughes.

schedule [illegible] for [illegible]
8/16/21

Sick call
To: Infirmary

I- GO TO INFirmary

You are rescheduled in September. T. SMITH RN CNM 9/1/21

on 8/26/21. I went To. The Hospital Galveston.
I was suppose To get a ultrasound x Ray For my Kidneys
but They Told me I will be Re-Schedule. They did NOT check
on my Kidneys They didn't do anything To check my Kidneys.
can you please make sure I get Reschedule? I Need That
exam and evaluation To know. what is wrong with my Kidneys.

Thank you

SEP 0 1 2021

SEP 0 1 2021

name: Saul Romero #1651307
House: 12 - F - 34
Date: 8/31/21
unit: Hughes.

I-60
To: Infirmary

I-60 TO: Infirmary (medical Request)

I Need To see The provider please. I have a bad Pain on my left side back shoulder, by my spine. it hurt bad. I been with This pain 3 days. The pain pills are not working.

Schedule c̄ provider

T. SMITH RN CNM
9/15/21

SEP 15 2021

name: Saul Romero #1651307
House: 12-F-41
Date: 9-14-21
unit: Hughes.

Sick call.

I-60 TO: Infirmary.

on. 9/9/21. I went to Hospital Galveston For a ultrasound xRay on my Kidneys. I would like To know The Results of This ultrasound please.

Thank You.

SEP 1 8 2021

SEP 1 8 2021

name: Saul Romero #1651307

House: 12-F-41

Date: 9/16/21.

unit: Hughes.

Provider Sick call

[illegible] 9/18/21

To: Medical

Saul Antonio Romero #1651307
A.D. Hughes unit.
Rt. 2, Box 4400
Gatesville, Tx 76597

LEGAL MAIL.